IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TRACY R. ANDERSON, <br> MAURICIO GUERRERO, <br> SAGELINE LAURENT, <br> REBECCA MORALES, <br> STEVEN R. PEAK, and <br> JEFFREY S. THOMAS, <br>               *Plaintiffs*, <br> v. <br> ALEJANDRO MAYORKAS, <br> Secretary of Homeland Security, <br> in his official capacity, <br>               *Defendant.* | Case No. 8:22-cv-02941-VMC-CPT |

**PLAINTIFF STEVEN R. PEAK'S CONSENT MOTION TO
<u>VOLUNTARILY DISMISS HIS CLAIM</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Steven R. Peak submits this motion to voluntarily dismiss his claim and to thus terminate his participation in this matter.

1. In their complaint, Plaintiffs assert a single claim of sex discrimination under Title VII, challenging Defendant's designation of female-only assignments on the night shift in the process of assigning U.S. Customs and Border Protection (CBP) Officers to shifts, schedules, and work units in fiscal year (FY) 2018.

1

2. After analyzing documents that Defendant provided to Plaintiffs in response to their discovery requests, Plaintiffs' counsel have concluded that Plaintiff Peak does not have standing to challenge the CBP policy at issue.

3. Dismissing Plaintiff Peak's claim will not prejudice Defendant or delay resolution of this matter. Instead, it will narrow the scope of this case, which will proceed with all current deadlines intact.

4. Plaintiffs' counsel consulted about this matter with Defendant's counsel, who has indicated that Defendant consents to this motion.

WHEREFORE, Plaintiff Peak respectfully requests that the Court grant his voluntary dismissal.

Respectfully submitted,

| | |
|---|---|
| JULIE M. WILSON<br>General Counsel | /s/ Jessica Horne<br>JESSICA HORNE<br>Assistant Counsel |
| PARAS N. SHAH<br>Deputy General Counsel | *Lead Counsel |
| WILLIAM LI<br>Associate General Counsel<br>for General Law | NATIONAL TREASURY<br>EMPLOYEES UNION<br>800 K Street, N.W.<br>Suite 1000<br>Washington, DC 20001<br>(202) 572-5500<br>julie.wilson@nteu.org<br>paras.shah@nteu.org<br>william.li@nteu.org<br>jessica.horne@nteu.org |

Counsel for Plaintiffs

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs' counsel have conferred in good faith with Defendant's counsel. Defendant consents to this motion.

/s/ Jessica Horne
JESSICA HORNE
Assistant Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 572-5500
jessica.horne@nteu.org

Lead Counsel for Plaintiffs

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jessica Horne
JESSICA HORNE
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 572-5500
jessica.horne@nteu.org

Lead Counsel for Plaintiffs